BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655
Fax: (559) 459-0656
email: tajfalaw@yahoo.com

Advisory Counsel for Lem Phin

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:07 CR 243 OWW |
| ) | |
| ) | ORDER FOR PSYCHIATIC OR |
| Plaintiff,   ) | PSYCHOLOGICAL EXAMINATION |
| ) | OF DEFENDANT |
| vs.   ) | |
| ) | |
| LEM PHIN,   ) | |
| Defendant.   ) | |

THE COURT HAVING HEARD THIS MATTER on August 3, 2009 and with the concurrence of counsel and advisory counsel for the defendant, orders that the defendant be examined pursuant to 18 United States Code 4241 (b).

IT IS SO ORDERED

Dated: August 10, 2009                    /s/ OLIVER W WANGER

United States District Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com