BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Lem Phin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:07 CR 00243 OWW |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff,  ) | AND ORDER |
| ) | |
| vs.  ) | |
| ) | |
| LEM PHIN,  ) | |
| ) | DATE: September 21, 2009 Time: 9:00 am |
| Defendant.  ) | Hon:   Oliver W. Wanger |

Salvatore Sciandra and Barbara Hope O'Neill, the attorneys of record for Lem Phin and Laurel J. Montoya, Assistant United States Attorney, have agreed to continue this matter from September 21, 2009 at 9:00 a.m. until October 5, 2009 at 9:00 a.m.  The reason for the requested continuance is that defense counsel need time to review the psychological information they have just received.

Dated: September 17, 2009                              Respectfully submitted,

                                                                         /s/ Salvatore Sciandra_____
                                                                        Salvatore Sciandra
                                                                        Attorney for Lem Phin

Dated: September 17, 2009                         /s/ Barbara Hope O'Neill_____
                                                                        Barbara Hope O'Neill
                                                                        Attorney for Lem Phin

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 17, 2009                                /s/  Laurel J. Montoya
                                                                                                                     Laurel J. Montoya
                                                                                                                     Assistant U.S. Attorney

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for September 21, 2009, at 9:00 a.m. is continued until October 5, 2009, at 9:00 a.m., to be heard before the Honorable Oliver W. Wanger.

Dated:  September  17, 2009                               /s/ OLIVER W. WANGER
                                                                                                          Honorable Oliver W. Wanger
                                                                                                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com