1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, LEM PHIN

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            )     CASE NUMBER: 1:07-CR-00243-AWI
                                        )
10                      Plaintiff,      )
   v.                                   )     ORDER AFTER HEARING
11                                      )
   LEM PHIN,                            )
12                                      )
                        Defendant.      )
13 ─────────────────────────────────── )

14       A hearing on defendants request to determine defendants competency to understand the nature

15 of the Plea Agreement offered by the Government came on regularly before the Honorable Oliver W.

16 Wanger on October 5, 2009 at 9:00 a.m. in Department 3.

17       The Court, after having reviewed the Competency Report of Laura A. Geiger, Psy.D. and the

18 government having concurred, and finding good cause appearing, issued the following Order of the

19 Court:

20       After hearing it appears that defendant is suffering from a mental disease or defect and that

21 he should be committed to a suitable facility for care, treatment, and determination whether he

22 is competent to understand the plea agreement he made and executed and to be sentenced.

23

24       Pursuant to 18 USC 4244 (b) and (d) the defendant is to be admitted to the custody of the

25 attorney general to be transported to a mental institution for treatment pursuant to the law.  Criminal

26 proceedings are SUSPENDED pending  report and evaluations from the attorney general.

27       All prior Orders of the Court not modified or deleted herein shall remain in full force and affect.

28 IT IS SO ORDERED.

1

**Dated:**   **October 7, 2009**                                        **/s/ Oliver W. Wanger**
                                                                                        UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28