SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, LEM PHIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LEM PHIN,<br><br>            Defendant. | CASE NUMBER: 1:07-CR-00243-OWW<br><br>ORDER RE: TRANSPORTATION OF DEFENDANT LEM PHIN TO FRESNO FOR HEARING ON COMPETENCY<br><br>Date:  Monday, June 21, 2010<br>Time:  1:30 p.m.<br>Court:  Honorable Oliver W. Wanger |

**IT IS HEREBY ORDERED** that:

This matter shall be set for a Hearing On Competency June 21, 2010 at 1:30PM in Courtroom 3 before Judge Wanger.

On or before June 20, 2010 the United States Marshal's Service shall transport defendant LEM PHIN from his current place of detention at the Metropolitan Detention Center in Los Angeles California to be confined in the Fresno County detention Center until further Order of the Federal District Court for the Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:   May 28, 2010**                              **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE