1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, LEM PHIN

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )    CASE NUMBER: 1:07-CR-00243-OWW
                                )
11              Plaintiff,      )
                                )    ORDER AFTER HEARING ON
12 v.                           )    DEFENDANT LEM PHIN's
                                )    COMPETENCY TO HAVE JUDGMENT
13 LEM PHIN,                    )    IMPOSED
                                )
14              Defendant.      )
                                )
15 _____

16      This matter came befor this Court on June 21, 2010, on defendant LEM PHIN's motion to

17 declare him incompetent to have judgment imposed.  Having reviewed the report of Dr. Lisa Hope,

18 Psy.D., dated January 22, 2010 and concluding that the defendant is not competent to have judgment

19 imposed,  and having heard the stipulation by counsel as to the defendant not being competent to have

20 judgment imposed:  The Court finds by a preponderance of the evidence that the defendant is presently

21 suffering from a mental disease and defect rendering him mentally incompetent to the extent that he

22 is unable to assist in his defense.

23      **IT IS HEREB ORDERED** that the defendant is be committed to the custody of the Attorney

24 General pursuant to 18 U.S.C. section 4241(d) for a period not to exceed four months unless pursuant

25 to the requirements of 18 U.S.C. section 4241(d)(2).

26 / / /

27 / / /

28 / / /

1 **IT IS FURTHER ORDERED** that the United States Marshals Office transport the defendant
2 immediately upon the designation by the Attorney General of a federal certified hospital.
3 IT IS SO ORDERED.
4 **Dated:**   **June 28, 2010**               **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE