SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, LEM PHIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEM PHIN,<br><br>Defendant. | CASE NUMBER: 1:07-CR-00243-OWW<br><br>ORDER AFTER HEARING ON DEFENDANT LEM PHIN's COMPETENCY TO HAVE JUDGMENT IMPOSED |

This Court, having previously found defendant PHIN to be incompetent pursuant to 18 U.S.C. section 4241 on June 21, 2010, and having reviewed the report submitted by Warden Marty C. Anderson of the U.S. Medical Center for Federal Prisoners at Springfield, Missouri which concludes that defendant PHIN has not so improved such that he is competent to participate in the Court proceedings, and he is not likely to improve in the foreseeable future, and having considered the stipulation of counsel:

**IT IS HEREBY ORDERED** that defendant PHIN be returned to U.S. Medical Center for Federal Prisoners at Springfield, Missouri for a risk assessment pursuant to 18 U.S.C. section 4246(a).

DATED: May 24, 2011          /s/ OLIVER W. WANGER
                             UNITED STATES DISTRICT COURT JUDGE