SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, LEM PHIN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: 1:07-CR-00243-LJO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR A RESETTING OF STATUS CONFERENCE |
| v. | |
| LEM PHIN, | Date:     Monday, August 27, 2012 |
| Defendant. | Time:     8:300 a.m. |
| | Courtroom:  4 |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his counsel of record, that the time set for the Status Conference on Monday, August 27, 2012 at 8:30 a.m. be moved to Monday, October 1, 2012 at 8:30 a.m. because of scheduling difficulties with Dr. Laura Geiger and to allow her addition time to write her report.

Respectfully submitted,

DATED: August 23, 2012         /s/   Salvatore Sciandra
                               SALVATORE SCIANDRA
                               Attorney for Defendant,
                               LEM PHIN

/ / /

/ / /

/ / /

/ / /

DATED: August 23, 2012             /s/   Laural J. Montoya
                                   LAURAL J. MONTOYA
                                   Assistant United States Attorney

**ORDER**

Good cause having been stated, the request is granted.

IT IS SO ORDERED.

**Dated:   August 23, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE