1  BENJAMIN B. WAGNER
United States Attorney
2  LAUREL J. MONTOYA
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00243 LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| LEM PHIN | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss without prejudice the indictment against LEM PHIN in the interest of justice.

Dated: May 15, 2014
BENJAMIN B. WAGNER
United States Attorney

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

Motion to Dismiss                                    1

BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   1:07-CR-000243  LJO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| LEM PHIN, | |
| Defendant. | |

**ORDER**

In the interest of justice that the indictment against LEM PHIN be dismissed without prejudice, the Governmental request is granted.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **May 15, 2014**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Motion to Dismiss                          2